**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF: A.A.P., A MINOR | : | No. 764 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: N.G.P., FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF: M.M.P., A MINOR | : | No. 765 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: N.G.P., FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF: P.E.P., A MINOR | : | No. 766 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: N.G.P., FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.